**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

MICHAEL C. DUFFEY,                          :   No. 568 MAL 2015
                                            :
                           Petitioner       :
                                            :
                                            :   Petition for Allowance of Appeal from
                                            :   the Order of the Commonwealth Court
              v.                            :
                                            :
                                            :
                                            :
WORKERS' COMPENSATION APPEAL                :
BOARD (TROLA-DYNE, INC.),                   :
                                            :
                           Respondents      :


**ORDER**


**PER CURIAM**

     **AND NOW**, this 3rd day of February, 2016, the Petition for Allowance of Appeal

is **GRANTED**.  The issue, as stated by Petitioner, is:


Did the Commonwealth Court err in concluding that an Impairment Rating
Evaluation (IRE), which is designed to rate the percentage of disability two
years out from a work injury, was valid where the IRE only considered the
injuries listed on the notice of compensation payable issued at the time of
injury, and did not consider additional injuries that subsequently arose and
were known at the time of the IRE but not yet formally added to the
description of injury?


     Mr. Justice Eakin did not participate in the consideration or decision of this

matter.